UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                          CHAPTER 13 PROCEEDING:
AURORA MARES                                09-10777-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Dec 31, 2009.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Checks to the party below have not cleared within 90 days.

        SAN BENITO CISD
        152 E ROWSON ST
        SAN BENITO, TX  78586

    5.   As a result, funds owed to the creditor in the amount of $177.44 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, September 29, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

## UNITED STATES BANKRUPTCY COURT

IN RE:  
AURORA MARES

CHAPTER 13 PROCEEDING:  
09-10777-B-13

DEBTOR

## CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on 9/29/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

AURORA MARES  
841 NARANJO ST  
SAN BENITO, TX  78586

ABELARDO LIMON JR  
890 WEST PRICE ROAD  
BROWNSVILLE, TX  78520

SAN BENITO CISD     (Notice)  
152 E ROWSON  
SAN BENITO, TX  78586

LINEBARGER GOGGAN BLAIR  
(Creditor Attorney)  
& SAMPSON LLP  
PO BOX 17428  
AUSTIN, TX  78760-7428

SAN BENITO CISD  
152 E ROWSON ST  
SAN BENITO, TX  78586